IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ADIDAS AMERICA, INC and ADIDAS SALOMON AG, | 05-CV-120-ST |
| Plaintiffs, | ORDER |
| v. | |
| KMART CORPORATION; FOOTSTAR, INC.; MERCURY INTERNATIONAL TRADING CORP.; ELAN IMPORTS CO., INC.; NEXTTEC INTERNATIONAL, INC.; and INNOVATIVE CUSTOM BRANDS INTERNATIONAL, INC. | |
| Defendants. | |

**CHRISTOPHER M. HANES**
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

**JERRE B. SWANN**
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500


1  -  ORDER

**R. CHARLES HENN, JR.**
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

**STEPHEN M. FELDMAN**
Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2058

**THOMAS R. JOHNSON**
Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2176

**WILLIAM H. BREWSTER**
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

        Attorneys for Plaintiffs

**CRAIG D. BACHMAN**
Lane Powell, PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
(503) 778-2120

**KENNETH R. DAVIS II**
Lane Powell, PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
(503) 778-2121

        Attorneys for Defendants Kmart Corporation and
        Footstar, Inc.

**KENNETH R. DAVIS II**
Lane Powell, PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
(503) 778-2121

2  -  ORDER

**STEPHEN J. HORACE**
Lathrop & Gage, LC
4845 Pearl East Circle, Suite 300
Boulder, CO 80301
(720) 931-3000

        Attorneys for Defendant Elan Imports Co., Inc.

**JOEL P. LEONARD**
Holland & Knight, LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
(503) 243-2300

**SETH H. ROW**
Holland & Knight, LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
(503) 517-2931

        Attorneys for Defendant Mercury International Trading Corp.

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#193) on July 6, 2006, in which she recommended this Court grant Defendant Mercury International Trading Corporation's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Improper Venue (#42) with respect to lack of personal jurisdiction and deny the Motion as moot with respect to improper venue.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the Findings and Recommendation *de novo*.

3 - ORDER

*United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (2003)(*en banc*). Having reviewed the legal principles, the Court does not find any clear error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#193). Accordingly, the Court **GRANTS** Defendant Mercury International Trading Corporation's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Improper Venue (#159) with respect to lack of personal jurisdiction and **DENIES** the Motion **as moot** with respect to venue.

IT IS SO ORDERED.

DATED this 28th day of August, 2006.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

4  -  ORDER